IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERAND J. MCLEOD,

        Petitioner,

v.

U.S. IMMIGRATION AND
ENFORCEMENT DETENTION AND
REMOVAL OPERATIONS, *et al.*,

        Respondents.

1:23-CV-52

(JUDGE MARIANI)

FILED
SCRANTON

FEB 02 2023

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 2nd DAY OF FEBRUARY, 2023, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 3) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 3) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case in the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge